IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MQ ASSOCIATES, INC.,
Plaintiff,

v.                                             CASE NO.: 5:07cv81/RS/MD

NORTH BAY IMAGING, LLC., et al.,
Defendants.
_____

**ORDER ON DISCOVERY MOTIONS**

This cause is before the court upon plaintiff's motion for protective order (doc. 48), plaintiff's motions to compel (docs. 52, 57), defendants' motion to quash (doc. 63), defendants' motion to compel (doc. 65,) and defendants' motions for protective order (docs. 66, 67). The opposing parties have responded to the motions.

The court entered an order (doc. 72), directing the counsel to meet personally or by video conference and make a good faith attempt to resolve their disputes. Counsel report that they have done so (doc. 91), and have resolved all but one of the matters in contention.

The unresolved matter is defendant's motion to quash subpoenae (doc. 63). Plaintiff has responded to the motion (doc. 74). It appears that although the subpoenae were directed to third parties outside this court's jurisdiction, they were erroneously issued from this court. This court lacks jurisdiction over the third parties subject to the subpoena. The proper forum for seeking relief from a subpoena is the court from which the subpoena is properly issued. Fed. R. Civ. P. 45(c)(3)(A). Plaintiff says that the subpoenae have been re-issued by the correct courts. It would therefore appear that, to the extent there

was any matter for this court to consider concerning the improperly issued subpoenae, it has become moot.

It is therefore ORDERED as follows:

Plaintiff's motion for protective order (doc. 48), plaintiff's motions to compel (docs. 52 and 57), defendants' motion to compel (doc. 65), and defendants' motions for protective order (doc. 66, 67) are all DENIED as having been settled by agreement of the parties. Defendants' motion to quash (doc. 63) is DENIED as moot.

In keeping with the court's earlier admonitions and instructions (and the mootness on the only remaining issue), sanctions will not be considered. Counsel are commended for their efforts.

DONE AND ORDERED at Pensacola, Florida this 14th day of August, 2007.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE