UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MQ ASSOCIATES,

    Plaintiff,

vs.                                      CASE NO. 5:07cv81/RS-MD

NORTH BAY IMAGING, LLC, and
BRUCE WOOLUM,

    Defendants.
_____/

## ORDER

Before me is Plaintiff MQ Associates, Inc.'s Motion For Injunction Pending Appeal (Doc. 132). I have considered the four factors which are set out in In Re: Federal Grand Jury Proceedings, 975 F.2d 1488 (11th Cir 1992); *see also* *Gonzalez v. Reno*, 2000 WL 381901 (11th Cir. 2000). I find that the balance of equities weigh heavily in favor of not issuing an injunction pending appeal and that Plaintiff has not shown a substantial case on the merits.

**IT IS ORDERED** that Plaintiff's Motion For Injunction Pending Appeal is **denied**.

ORDERED on November 5, 2007.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**